UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 21-866 (RMB) |
| v. | : | Hon. Renée Marie Bumb |
| MICHAEL RAMSEUR, a/k/a "Polo Mike," and ROBERT DARBY | : : | CONTINUANCE ORDER |

This matter having come before the Court on the application of the United States, Philip R. Sellinger, United States Attorney for the District of New Jersey (Alisa Shver, Assistant U.S. Attorney, appearing) and the defendant Robert Darby (Troy A. Archie, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The failure to grant a continuance would deny counsel for the defendant and counsel for the Government the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence;

2. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS, therefore, on this** 21st **day of August 2023, ORDERED that:**

3. A scheduling conference shall be held on November 21, 2023, at 10 a.m., as directed by the Court;

    4.    This action be, and hereby is, continued until November 21, 2023; and

    5.    The period from the date of this order through November 21, 2023 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq*.

### ORDER

IT IS SO ORDERED

this   21st   day of August 2023

                                                          HONORABLE RENÉE MARIE BUMB
                                                          Chief Judge, United States District Court

Form and entry consented to:

                                                          PHILIP R. SELLINGER
                                                          United States Attorney

/s/ Troy Archie, Esq.
TROY A. ARCHIE, Esq.                                     ALISA SHVER
Attorney for defendant Robert Darby       Assistant United States Attorney