DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT DARBY<br><br>Defendant(s). | Criminal No. 21-866 (RMB)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant.

Date: 7-24-25

ALINA HABBA
United States Attorney

By: */s/Jeffrey Bender*
Assistant U.S. Attorney